**Richard J. THOMAS, Appellant, v. UNITED STATES of America.**

No. 13658.

United States Court of Appeals.
Eighth Circuit.
Jan. 21, 1949.

John M. Goodwin, of St. Louis, Mo., for appellant.

Drake Watson, U. S. Atty., and Herbert H. Freer, Asst. U. S. Atty., both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of counsel for appellant.

**Wallace Roy WHITNEY, Appellant, v. UNITED STATES of America.**

No. 13867.

United States Court of Appeals
Eighth Circuit.
Jan. 10, 1949.

Wallace Roy Whitney, pro se.

Sam M. Wear, U. S. Atty., and Richard H. Musser, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Bryce C. DAVIS and Phillip L. Davis, d/b/a Davis Lumber Company and Davis Lumber Company, Inc., Respondents.**

No. 12635.

United States Court of Appeals
Fifth Circuit.
Feb. 14, 1949.

A. Norman Somers, Asst. Gen. Counsel, NLRB, and David P. Findling, Associate Gen. Counsel, NLRB, both of Washington, D. C., for petitioner.

Mark L. Taliaferro, of Birmingham, Ala., for respondents.

Before HUTCHESON, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

The motion is granted, with recognition of the fact that respondent does not resist, but claims to be in compliance with, the Board's order.. The decree to be entered here, therefore, will provide that whatever the respondent has already done toward compliance with the order of the Board prior to entry of this court's decree will not be required to be redone, and only such things, if any, as have been left undone will be required to be done.